■ In the Matter of ALPHONSO SIMMONS, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [913 NYS2d 118]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered March 27, 2009 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Fahey, Carni, Lindley and Sconiers, JJ.

■ HARRY J. BEACH et al., Appellants, v VILLAGE OF WOLCOTT et al., Respondents, et al., Defendant. [913 NYS2d 119]—Appeal from an order and judgment (one paper) of the Supreme Court, Wayne County (John B. Nesbitt, A.J.), entered October 5, 2009. The order and judgment granted the motion of defendants Village of Wolcott and Village of Wolcott Highway Department for summary judgment and dismissed the complaint against them.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Fahey, Carni, Lindley and Sconiers, JJ.

■ JARVIS CARR, JR., Appellant, v COUNTY OF NIAGARA, Respondent. [912 NYS2d 921]—Appeal from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered November 13, 2009 in a personal injury action. The order denied the motion of plaintiff for summary judgment on liability.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on September 30, 2010, and filed in the Niagara County Clerk's Office on October 15, 2010,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Martoche, J.P., Carni, Lindley and Sconiers, JJ.